UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIO SANCHEZ,

  Plaintiff,

-vs-                                    CASE NO.:  6:16-CV-00332-RBD-TBS

BLUESTEM BRANDS, INC.
d/b/a FINGERHUT,

  Defendant
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, JULIO SANCHEZ, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JULIO SANCHEZ, and Defendants, BLUESTEM BRANDS, INC. d/b/a FINGERHUT, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 2nd day of May, 2016 to:  Kimberly A Koves, Esq., (kkoves@wiandlaw.com) and Peter B. King (pking@wiandlaw.com), Wiand Guerra King, PL, 5505 West Gray St., Tampa, FL  33609.

                                                      /s/Frank H. Kerney, III, Esquire
                                                      Frank H. Kerney, III, Esquire
                                                      Florida Bar #:  88672
                                                      Morgan & Morgan, Tampa,  P.A.
                                                      One Tampa City Center
                                                      Tampa, FL 33602
                                                      Tele:  (813) 223-5505
                                                      Fax:  (813) 223-5402
                                                      Attorney for Plaintiff